# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVIN N. FAITH, | ) | 1:08-cv-01423 AWI WMW (HC) |
|         Petitioner, | ) | |
|   v. | ) | ORDER GRANTING PETITIONER'S MOTION TO STAY |
| KEN CLARK, Warden | ) | [Doc. #18] |
|         Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 2, 2009, Petitioner filed a motion to stay the instant case to await the United States Court of Appeals for the Ninth Circuit's decision in *Hayward v. Marshall*, 512 F.3d 536, *reh'g en banc granted,* 527 F.3d 797 (9th Cir. 2008), Case No. 06-55392. Respondent did not file any objections. These proceedings are hereby stayed pending a decision by the Ninth Circuit in *Hayward v. Marshall*. Petitioner will have 30 days from the issuance of that decision to file a traverse.

IT IS SO ORDERED.

Dated:   February 10, 2009              /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE