1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10   STEVIN NOEL FAITH,                    1:08-cv-01423-AWI-JMD (HC)

11              Petitioner,                ORDER GRANTING MOTION TO PROCEED
                                           IN FORMA PAUPERIS ON APPEAL
12   vs.                                   and
                                           DIRECTING CLERK TO SERVE
13   KEN CLARK,                            THE COURT OF APPEALS

14              Respondent.                (DOCUMENT # 38)

15   _____/

16         Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.

18         On February 16, 2011, judgment was entered denying the petition for writ of habeas

19   corpus.  On March 11, 2011, petitioner filed a notice of appealappealability and an application to

20   proceed in forma pauperis.  Examination of petitioner's application to proceed in forma pauperis

21   reveals that petitioner is unable to afford the costs of an appeal.  Accordingly, the application to

22   proceed in forma pauperis on appeal is GRANTED.  See 28 U.S.C. § 1915.  **The Clerk is**

23   **directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

24

25   IT IS SO ORDERED.

26   **Dated:    March 16, 2011**              _____/s/ John M. Dixon_____
                                            UNITED STATES MAGISTRATE JUDGE

27

28